# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TORY WILLIAMS,** *parent and natural guardian of* **K.W.B.,** *a minor*,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-408-KSM** |

## ORDER

**AND NOW,** this 30th day of November, 2021, upon consideration of Defendant Amazon.com, Inc.'s Partial Motion to Dismiss Counts IV and V (Doc. No. 38), Plaintiff's response (Doc. No. 42), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Amazon's motion is **GRANTED** as to the implied warranty of fitness for a particular purpose claim (Count V), and that claim is **DISMISSED with prejudice**.

2. Amazon's motion is **DENIED** as to the misrepresentation claim (Count IV).

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.