**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **TORY WILLIAMS, parent and natural guardian of K.W.B., a minor,**<br>    Plaintiffs,<br><br>    *v.*<br><br>**AMAZON.COM, INC., et al.**,<br><br>    Defendants. | **CIVIL ACTION**<br><br><br>**NO. 20-408-KSM** |

## SUPPLEMENTAL MEMORANDUM

**MARSTON, J.**                                                   **January 26, 2023**

Presently before the Court is Plaintiff's request that the Court modify its January 24, 2023 Memorandum and Sealed Order (Doc. Nos. 66, 68) on Plaintiff's Petition for Approval of Compromise of Minor's Claim (Doc. No. 63).  For the reasons that follow, the Court grants the request.[1]

The Court held a hearing on January 24, 2023, at which point Plaintiff's counsel informed the Court that K.W.B. would not be turning eighteen for many months and indicated that the distribution to K.W.B. should be placed in trust.  Following the Court's entry of the January 24, 2023 Memorandum and Order, in which the Court granted Plaintiff the relief her counsel requested, Plaintiff's counsel informed the Court via email that K.W.B., a minor, would actually be turning eighteen in two months (at the end of March 2023) and requested that the Court modify its order to no longer require creation of a trust.  Following a telephone conference with the parties on January 26, 2023, the Court will grant Plaintiff's request.

---

[1] The Court incorporates by reference the factual background and analysis from its prior Memorandum and only includes the facts that came to light after entry of the Memorandum and Order here.

An appropriate Order, filed under seal, follows.